USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/04

# FELIX T. GILROY
### ATTORNEY AT LAW
### 60 BAY STREET
### STATEN ISLAND, NEW YORK 10301

(718) 981-8181
FAX (718) 981-5147

November 29, 2004

The Hon. Naomi Reice Buchwald
U.S. Courthouse
500 Pearl Street, Room 2270
New York, NY 10007-1581

Re:   U.S. v. Robert Hill
      04 CR 860

Dear Judge Buchwald:

I am the attorney for the above captioned defendant, Robert Hill and request that this letter be regarded as an application to adjourn Mr. Hill's sentencing date of December 2, 2004, to any date convenient to the court after January 15, 2005.

I have conferred with A.U.S.A. Daniel S. Daniel S. Ruzumna, the attorney representing the goverment as to this request and he has no objection to the Court granting this application. He has requested me to ask the court that the sentencing be re-scheduled for the last two weeks of January, 2005.

*[handwritten note: The sentencing is adjourned until January 24, 2005 at 2:45 p.m.]*

Respectfully submitted,

FELIX T. GILROY

*[handwritten: Naomi Reice Buchwald, USDJ 11/29/04]*

cc:   Daniel. S. Ruzumna, Esq.